**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY**

| | |
|---|---|
| **ERIC KELLER,**  Plaintiff,  vs.  **CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,**  Defendant. | **Case Number: 6:20-cv-01015-SAC/GEB** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant file this stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and pursuant to this Court's December 16, 2020 Order (Doc. 24).

1. Plaintiff is Eric Keller; Defendant is Cellco Partnership d/b/a Verizon Wireless.

2. Plaintiff sued Defendant for violations of the Fair Credit Reporting Act, 15 U.S.C. §1681, et seq.

3. Plaintiff now moves to dismiss the lawsuita.

4. Defendant agrees to the dismissal.

5. This case is not a class action.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice to refiling.

10. Each party is to bear its own fees and costs.

Respectfully submitted,

By: /s/ A.J. Stecklein
A.J. Stecklein #16330
Stecklein & Rapp Chartered
748 Ann Avenue, Suite 101
Kansas City, Kansas 66101
Telephone:  913-371-0727
Facsimile:  913-371-0727
Email: AJ@KCconsumerlawyer.com
Attorney for Plaintiff

By: Jason Goodnight
Jason Goodnight #25382
Franden, Farris, Quillin, Goodnight & Roberts
2 West Second Street, Suite 900
Tulsa, Oklahoma 74103
Telephone: 918-583-7129
Email:  jgoodnight@tulsalawyer.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was filed on January 27, 2021, using the District Court's CM/ECF electronic filing system, which will send notice to all counsel of record.

/s/ A.J. Stecklein
A.J. Stecklein #16330